UST-31, 3/03

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SCHROCK, MATTHEW J. | ) | Case No. 09-01380-PHX RJH |
| SCHROCK, THERESA M. | ) | |
| LLC, BIG PIZZA | ) | PETITION TO PAY DIVIDEND |
| | ) | IN AMOUNT LESS THAN $5.00 |
| Debtor(s). | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

DALE D ULRICH, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 1 | Yellow Book Pacific<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, MD 21094 | $4.09 |
| 6 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | $1.11 |
| 8 | Affiliated Credit Services, Inc<br>PO Box 58<br>Fort Morgan, CO 80701 | $2.51 |
| 9 | The Pueblo Chieftain<br>PO Box 36<br>Pueblo, CO 81002 | $2.33 |
| | TOTAL | $10.04 |

| | |
|---|---|
| May 28, 2010 | /s/ DALE D ULRICH |
| DATE | DALE D ULRICH, TRUSTEE |